| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  +1.415.954.0200 |
| | Facsimile:   +1.415.393.9887 |
| 5 | Email:         mgoodman@ssd.com |
| | Email:         dgabianelli@ssd.com |
| 6 | Email:         jeschwartz@ssd.com |

7  Attorneys for Defendants
   BAYER CORPORATION,
8  BAYER HEALTHCARE LLC,
   BAYER HEALTHCARE PHARMACEUTICALS INC. and
9  MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARTINEZ, an individual, | Case No. CV 10-547 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive, | |
| Defendants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-547 PJH

1  Plaintiff Michelle Martinez ("Plaintiff") and Defendants Bayer Corporation, Bayer
2  HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation
3  (collectively, "Defendants") by and through their respective counsel, enter into the following
4  Stipulation:
5  WHEREAS, Plaintiff's Complaint was filed on February 8, 2010;
6  WHEREAS, Defendants issued a letter dated February 10, 2010 identifying this matter as
7  a tag-along action in connection with MDL No. 2100 pending in the United States District Court
8  for the Southern District of Illinois;
9  WHEREAS, responses currently are due from Defendants on March 16, 2010; and
10 WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to
11 discuss the disposition of this case and attempt to reach agreement on how it will be handled
12 going forward.
13 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE,
14 Defendants shall have until March 30, 2010 to respond to Plaintiff's Complaint.
15 IT IS SO STIPULATED.

Dated: March 10, 2010

ROBINSON, CALCAGNIE & ROBINSON          SQUIRE, SANDERS & DEMPSEY LLP


By: _/s/ Daniel Robinson_____            By: _/s/ Julie E. Schwartz_____
    DANIEL ROBINSON                          JULIE E. SCHWARTZ

Attorneys for Plaintiff                  Attorneys for Defendants
MICHELLE MARTINEZ                        BAYER CORPORATION,
                                         BAYER HEALTHCARE LLC,
                                         BAYER HEALTHCARE
                                         PHARMACEUTICALS INC. and
                                         MCKESSON CORPORATION

-2-

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 DATED: 3/16/10

4                              HONORABLE PHYLLIS J. HAMILTON
                             United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-547 PJH